

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00404-CV

| | | |
|---|---|---|
| XTRA Lease LLC | § | From the 236th District Court |
| | § | of Tarrant County (236-266393-13) |
| v. | § | December 11, 2014 |
| Genesis Truckyard, LLC | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant XTRA Lease LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier